**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA, RURAL HOUSING**
**SERVICE F/K/A FARMERS HOME ADMINISTRATION,**
**UNITED STATES DEPARTMENT OF AGRICULTURE**                **PLAINTIFF**

**VS.**                    **CASE NO.  5:08CV00021 JMM**

**CONSTANCE J. DAVIS, ET AL.**                            **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this same date, plaintiff's motion for summary judgment is granted and defendant's motion for summary judgment is denied.  Defendant's counterclaim is dismissed with prejudice.

Plaintiff has an *in rem* judgment against the property at issue as of February 15, 2008 in the amount of $52,302.13 with a daily interest accrual of $3.69.

IT IS SO ORDERED THIS   28   day of    April   , 2008.

_____
James M. Moody
United States District Judge