**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**UNITED STATES OF AMERICA,**                                        **PLAINTIFF**
**RURAL DEVELOPMENT,
RURAL HOUSING SERVICE
f/k/a FARMER HOME ADMINISTRATION,
UNITED STATES DEPARTMENT OF AGRICULTURE**

v.                             **No.  5:08cv00021 JMM**

**CONSTANCE J. DAVIS, ET AL**                                    **DEFENDANT**

**ORDER CONFIRMING  MARSHAL'S SALE**

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on June 18, 2008.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Arkansas County, Arkansas, for four consecutive weeks, the last publication being on July 31, 2008, and that the said sale was held at the Arkansas County Courthouse, Stuttgart, Arkansas, on August 27, 2008, at 10:00 a.m., in conformity with the judgment of this Court.  At such sale  Dablan Properties LLC, bid the sum of $26,952.00, and that being the highest and best bid offered, the property was then sold to Dablan Properties LLC.

**IT IS, THEREFORE, ORDERED** that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $26,952.00 shall be paid to the United States of America, and the Department of

Agriculture, Rural Development.  The expense items reported by the United States Marshal in the amount of $175.95 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an Order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto.  The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand.  The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser, Dablan Properties LLC, in possession of the property.

DATED:  9/11/2008

_____
UNITED STATES DISTRICT JUDGE