**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PLAINTIFF** |
| **RURAL DEVELOPMENT,** | |
| **RURAL HOUSING SERVICE** | |
| **f/k/a FARMER HOME ADMINISTRATION,** | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | |
| | |
| v. No. 5:08cv00021 JMM | |
| | |
| **CONSTANCE J. DAVIS, ET AL** | **DEFENDANT** |

### ORDER APPROVING MARSHAL'S DEED

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Dablan Properties LLC, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is **ORDERED** by the Court that a copy of this Order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 9/11/2008

_____
UNITED STATES DISTRICT JUDGE