IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**UNITED STATES OF AMERICA,**
**RURAL DEVELOPMENT,**
**RURAL HOUSING SERVICE**
**f/k/a FARMER HOME ADMINISTRATION,**
**UNITED STATES DEPARTMENT OF AGRICULTURE**         **PLAINTIFF**

v.                        No. 5:08cv00021 JMM

**CONSTANCE J. DAVIS, ET AL**                             **DEFENDANT**

## ORDER OF DISTRIBUTION

On August 27, 2008, at 10:00 a.m., at the North entrance of the Arkansas County Courthouse, Stuttgart, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on June 18, 2008.  At such sale Dablan Properties LLC was the highest and best bidder for the property, and the property was then sold to the said Dablan Properties LLC.

The United States Marshal received checks totaling $27,011.85 from Dablan Properties LLC for payment in full for the property.  In accordance with the terms of the judgment, it is hereby **ORDERED** that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR  72201 and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

DATED:

    9/11/ 2008

_____
UNITED STATES DISTRICT JUDGE